**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIE JAMES RANDLE, | ) NO. CV 08-05946-JSL (MAN) |
|            Petitioner, | ) |
|   v. | ) JUDGMENT |
| MICHAEL A. SMELOSKY, WARDEN, | ) |
|            Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 29, 2009.

                                     J. SPENCER LETTS
                        UNITED STATES DISTRICT JUDGE